# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**BRITTANY BONGIOVANNI,** et al.,

    Plaintiffs,

v.

**LLOYD AUSTIN, III**, in his official capacity as Secretary of Defense, U.S. Department of Defense, et al.,

    Defendants.

Case No. 3:22-cv-580-MMH-MCR

## JOINT NOTICE OF PARTIES' POSITION ON MOOTNESS

Pursuant to this Court's January 25, 2023 order ("January 25 Order"), ECF 58, counsel for the parties have conferred by email as to whether this case is moot in light of Section 525 of the James M. Inhofe National Defense Authorization Act for Fiscal Year 2023, Pub. L. No. 117-263, 136 Stat. 2395, and the Secretary of Defense's Memorandum of January 10, 2023.

Defendants' position is that the claims in this case do not present a live controversy, while Plaintiffs' position is that the case is not moot. Because the Parties disagree on mootness, they will submit their respective briefs in accordance with the January 25 Order.

| | |
|---|---|
| Dated: February 24, 2023 | Respectfully submitted, |
| BRIAN M. BOYNTON<br>Principal Deputy Assistant<br>Attorney General | */s/ Brandon Johnson*<br>DC Bar No. 491370<br>*/s/ Travis Miller*<br>TX Bar No. 24072952 |
| ALEXANDER K. HAAS<br>Director, Federal Programs Branch | Defending the Republic<br>2911 Turtle Creek Blvd., Suite 300<br>Dallas, TX 75219 |
| ANTHONY J. COPPOLINO<br>Deputy Director | Tel. 214-707-1775<br>Email: bcj@defendingtherepublic.org<br>Email: twm@defendingtherepublic.org |
| */s/Liam C. Holland*<br>LIAM C. HOLLAND<br>Trial Attorney<br>United States Department of Justice<br>Civil Division<br>Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, DC 20005<br>Tel: (202) 514-4964<br>Email: liam.c.holland@usdoj.gov | *Counsel for Plaintiff* |
| *Counsel for Defendants* | |

## CERTIFICATE OF SERVICE

I hereby certify that I e-filed the foregoing using the CM/ECF system on this the 24th day of February 2023.

*/s/ Brandon Johnson*